WILLIAM Z. BROWN, Respondent, *v.* THE TOWN OF CANTON, Appellant.

(Submitted April 16, 1872; decided April 23, 1872.)

PLAINTIFF, a minor, enlisted, and was credited upon the quota of the town of Canton, St. Lawrence county. The town had voted to pay $300 bounty to those who should thus enlist. It was agreed, between the plaintiff, his father and the supervisor of the town, that the father should receive the bounty, and the bonds of the town for the amount of the bounty, made payable to plaintiff or order, were issued and delivered to the father. Upon the maturity of the bonds they were paid to the assignee of the father. They were not indorsed by the plaintiff, who brings this action to recover the amount thereof of the town. *Held*, that the plaintiff had no interest in or title to the bonds; that his father was the equitable owner, and that defendant was not liable to plaintiff thereon.

*W. C. Cooke* for the appellant.

*Foote & James* for the respondent.

GROVER, J., reads for reversal and new trial. All concur.
Judgment reversed and new trial ordered, costs to abide event.